UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MANUEL TORRES ROMERO,<br><br>  Defendant. | No. 4:14-CR-6032-EFS-2<br><br>ORDER GRANTING EXPEDITED MOTION TO MODIFY AND AMENDING ORDER SETTING CONDITIONS OF RELEASE |

**IT IS HEREBY ORDERED:**

1. Defendant's Motion to Expedite (ECF No. 68) and (unopposed) Motion to Modify Conditions of Release (ECF No. 67) are **GRANTED**.

2. The Court's Order Setting Conditions of Release (ECF No. 41), Condition # 11 is modified to read as follows:

**(11)** Defendant shall execute:

   $20,000.00 percentage bond with $1,000.00 paid in cash

3. The Court's Order Setting Conditions of Release (ECF No. 41) is further modified to add the following condition:

**(19) GPS Monitoring**: The Defendant shall participate in a program of GPS confinement.  The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation.  In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant.  The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

ORDER - 1

4.  All other conditions of release shall remain in place.

The Clerk of the Court shall enter this Order and provide copies to counsel and U.S. Probation.

DATED October 17, 2014.

s/James P. Hutton
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 2